**(June 8, 1948.)**

N. V. "OXYDE", MAATSCHAPPIJ VOOR ERTSEN EN METALEN, Appellant, v. NATIONAL SURETY CORPORATION, Respondent.— Order unanimously reversed, with $20 costs and. disbursements to the appellant and the motion for summary judgment granted and an assessment of damages ordered. No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ. [See *post,* p. 822.]

In the Matter of the Accounting of CITY BANK FARMERS TRUST COMPANY, as Trustee under an Agreement Made by ELIZABETH B. VON DER DECKEN, Now Deceased, Respondent. TOM C. CLARK, ATTORNEY GENERAL OF THE UNITED STATES, as Successor to the Alien Property Custodian, Appellant; ALFRED W. BERGREN, as Guardian ad Litem of DAGMAR VON DER DECKEN and Another, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ. [See *post,* p. 835.]

In the Matter of DAVID SKOLNIK, Respondent, against PAUL L. ROSS et al., Constituting the Temporary City Housing Rent Commission, Appellants.— Order reversed, with $20 costs and disbursements to the appellants and the petition dismissed, with leave to renew the application to the Temporary City Housing Rent Commission of the City of New York on a showing of compelling. necessity. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.; Glennon and Cohn, JJ., dissent and vote to affirm the order appealed from on the ground that the order of the Temporary City Housing Rent Commission, in the circumstances, was arbitrary, unreasonable and capricious. Settle order on notice.

**(June 14, 1948.)**

In the Matter of BIAGIO BATTAGLIA, Respondent, against FERDINAND Q. MORTON et al., Constituting the Municipal Civil Service Commission of the City of New York, Appellants.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ. [190 Misc. 612.]

In the Matter of ANNA SAWANOWICH, Appellant, against WASILY SAWANOWICH, Respondent.— Order unanimously affirmed. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SOL DAVIS, Appellant.— Judgment reversed, the information dismissed and the fine remitted on the ground that the guilt of the defendant was not established beyond a reasonable doubt. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ.; Cohn, J., dissents and votes to affirm.

COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, Respondent, v. JOHN MEAGH, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ.

REUBEN GAMPEL, Appellant, v. FRANK RABINOWITZ, Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ.